RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

U. S. Department of Justice

(213) 894-8809

United States Attorney
Central District of California

DATE May 31th, 2016

United States Courthouse
312 North Spring Street
Los Angeles, California 90012

2:16-CV-05123-JFW-JC

COMPLAINT REPORT

**Instructions:** A complaint regarding a federal crime may be registered with the United States Attorney's Office for the Central District of California, by completing this form and delivering it to the receptionist or mailing it to: United States Attorney's Office, 312 North Spring Street, Los Angeles, California 90012, ATTN: Citizen Complaint Coordinator. Use the reverse side of this form if more space is required.

Your information

Name: GERALd L. TUCKER
Address: R.J. DONOVAN CORRECTIONAL FACILITY, 480
City, State, Zip Code: ALTA ROAD, SAN DIEGO, CA. 92179
Telephone: Area Code (___) Number: ______ Age: "79" YEARS
Occupation: ShOE REPAIR,

1. What federal crime do you believe has been committed? "FREE EXERCISE CLAUSE, DENIAL OF FIRST AMENDMENT, THE RIGHT TO SEND AND RECEIVE LETTER'S, FAMILY, FRIEND, ATTORNEY'S, PRIVILEGED MAIL, NON-JUDICIAL OR GOVERNMENT. DENIED ACCESS TO THE F.B.I., THEFT OF STATE FUNDS AND WRONGFUL CONVICTION. 1955 TO 1981,

2. Explain in detail what you know about the crime, including when and where it occurred, what you have heard and observed and when you heard and observed it, what others have told you (include their names) and what other evidence may exist.
"SUSPICION OF MURDER", DEPARTMENT OF CORRECTION, CONT. ON BACK AND THEFT OF THOUSAND'S OF DOLLAR'S OF STATE FUND'S OR FEDERAL".
"DANIEL PARAMO V. GERALd L. TUCKER,
"DANIEL NUNEZ, + AKA DANIEL FLEM. BENTENCOURT.

3. Have you reported the crime to any federal, state, or local offices or agencies? YES
If yes, who did you report it to, when did you report it, and what action was taken?
FEDERAL, by LETTER'S, THE LRA IN THE LAW

4. Have you reported the crime to a private attorney? NO,
If yes, who did you report it to, when did you report it and what action was taken?

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ______ DEPUTY

Feb. th, 2016 DEPARTMENT OF CORRECTION; DANIEL PARAMO; AKA DANIEL NUNEZ AKA DANIEL BENTINCOURT.

FEDERAL COMPLAINT OF THE MOST VICIOUS, CRUELIST, RACIAL HATE CRIME IN THE UNITED STATES OF AMERICA'S "HISTORY",

DNA-FRAUD, "SUSPICION OF HOMICIDE," PERJURY, OBSTRUCTION OF JUSTICE, FALSIFY OF DOCUMENTS, CITY MANGER OF TULARE COUNTY

Prosecutional Misconduct, as to witness testimony as evidence, which is clearly perjury because Mrs. Sherrel Galbraith"Recanted. Volume 3, pages 504 to 703 Did not pick me out of any line up and never seen me before in her life.(Actual Innocence)

Mr. Phillip J. Cline, District Attorney and his associates conspired together, Ms. Kimberly Smith, deputy district attorney, Mr. David L. Alavezos, deputy district attorney, Ex-Dectective Mr. Thomas Luttrell, Detective Mr. Brian Haney, Detective Mr. Douglas Reese, Fresno Police Dept., Detective Sergeant Mr. Vernon Hensley, Visalia Sheriff's Dept., Detective Mr. Art Nava, Ms. Laura Slaughter,M.D., Mr. Edward Blake,M.D., deputy district attorney, Jackson, Mr. Frederick E. Allen, Chief Probation Officer, Ms. Leanne Williams, Super. Probation officer, Attorney def. Mr. James M. Kordell, Imperial Wizard of The Klu Klx Klan.

Conspired- California Department of California, Pleasant Valley State prison, Mr. R.M. Trimbler,(Associate Warden) Mr. James Yates, Warden, and Correctional officer, with a number of Medical staff, to tamper with the laboratory injections, and any harmfu; agents, upon my death will not be questioned. This complaint filed with the Federal Bureau of Investigation concerns this hate crime but the

STATE OF CALIFORNIA
CDC 887 - 4.4

DEPARTMENT OF CORRECTIONS
VISITOR [illegible]

NOTICE OF VISITOR
APPROVAL/DENIAL/TERMINATION/SUSPENSION/EXCLUSION

FREDDIE, FORD

---

| | INMATE'S NAME | CDC NUMBER | INSTITUTION |
|---|---|---|---|
| TO: | TUCKER, GERALD L | K93107 | PVP |
| RE: | FREDDIE, FORD | | |

THE PERSON IDENTIFIED ABOVE HAS REQUESTED APPROVAL TO VISIT WITH YOU.

HIS/HER REQUEST HAS BEEN APPROVED ON [illegible]

IT IS YOUR RESPONSIBILITY TO INFORM YOUR VISITOR.

VISITORS MAY APPEAL ANY ACTION TAKEN ABOVE BY WRITING A LETTER TO THE WARDEN OF THIS INSTITUTION.

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
CDC 887 - 4.4 VISITOR APP

NOTICE OF VISITOR
APPROVAL/DENIAL/TERMINATION/SUSPENSION/EXCLUSION

HOLLWY, DOROTHY J

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| INMATE'S NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| TO: TUCKER, GERALD L | K93107 | PVP |
| RE: HOLLWY, DOROTHY J | | |

THE PERSON IDENTIFIED ABOVE HAS REQUESTED APPROVAL TO VISIT WITH YOU.

HIS/HER REQUEST HAS BEEN APPROVED ON 12/8/2009

IT IS YOUR RESPONSIBILITY TO INFORM YOUR VISITOR.

VISITORS MAY APPEAL ANY ACTION TAKEN ABOVE BY WRITING A LETTER TO THE [illegible]
OF THIS INSTITUTION

August 10 2015

To: Federal Bureau of Investigations.
9797 AREO Drive
San Diego Calif. 92179

Dear Sir,
I'm writing this letter of correspondence, in hopes to obtain your assistance, or the Department.
In regards of locating my Brother and Sister-in-Law Mr Freddie Lee Ford and MRS Dorothy Ford. I last seen them in the visiting room at Pleasant Valley state prison The prison guards were harassing my sister-in-law. So my Brother tells me that they may have an Attorney for me. The address my Counselor has, is a fake address, no such Names as Ford stays there.
The prison Officials took my brother and sister-in-law off my visiting list as well as mailing - without a Hearing or reason in secret. Mr. Freddie L. Ford was an ex football player, ex Deputy Sheriff, Visalia, Calif. The County of Tulare, Calif, and ex-Body guard for a retired

Judge, of Visalia Calif. west Campos Drive. I would like to talk with an Agent from the Fresno Calif Office, Jurisdiction, Tulare Calif and County, The Pato's Five victim homicide. July 18, 1995. MR. F. L. Ford was recommended to the F.B.I Academy 1994. I'm a prisoner Gerald L. Tucker that was framed about the same time as the younger Brother from Hanford, calif. They are innocent. I have evidence of document of Fake DNA. Which the police had a fake DNA, Lab and Doctors.

Respectfully,
Gerald Tucker
K93107

Aug. 10th, 2015.

GERALD L. TUCKER, FAC A, Bld 5, 109,
R.J. DONOVAN CORR. FACILITY, 480 ALTA ROAD,
SAN DIEGO, CA. 92179.

G. Tucker K-93107
480 Alta Rd.
San Diego, Ca. 92179

SAN DIEGO CA 920
03 SEP 2015 PM 8

California Department of
Corrections and Rehabilitation

Federal Bureau of Investigation
9797 Aero Dr.
San Diego, Ca. 92123

Legal Mail

GERALd L. TUCKER-K93107
FAC. A, BLd. 5, CELL-109,
R.J. DONOVAN CORR. CENTER
480 ALTA ROAd
SAN DIEGO, CA. 92179

CONFIDENTIAL - LEGAL MAIL
PRIVILEGED MAIL

RETURN
TO SENDER
UNDELIVERABLE
AS ADDRESSED

[redacted]

FEDERAL BUREAU OF INVESTIGATION
9797 AREO DR.
SAN DIEGO, CA.
AERO DR (AERO)
92123

Friends Outside

# FRIENDS OUTSIDE

CASE MANAGEMENT SPECIALIST Gerald @ Tucker

INSTITUTION RJD

TO Gerald Tucker
CDCR # K93107
H: A5-109L

DATE 10/5/2015

Hello, I received your service request inquiring about the address to the FBI. You can find this information in the law library. The Salvation Army holds a Salvation Army missing person service where they will search for immediate family members over the age of 18. Let me know, through a service request, if you are interested in more information about they're services. Thank you,

Dolu

FONO 2002

James Henderson K94993
R.J. Donovan Corr. Fac A5-238
480 Alta Rd.
San Diego, Calif
92179

US POSTAGE $00.49
08/31/2015
ZIP 92179
011D11648136

California Department of
Corrections and Rehabilitation

Mrs Sandra Alexander
1796 Malyasia Ave
Tulare, Calif.
93274

RECEIVED/INSPECTED BY #8
PHOTO: ____
STAMPS: ____
SEP 05 2015
ENVELOPES: ____
PAPER: ____ 9217930001
OTHER: ____

brutal harassment or possible homicide of my brother and sister-in-law, Mr. Freddie L. Ford and Mrs. Dorothy H. Ford, last seen in the visiting room of this prison on and about November 27th, or 28th, 2010. August 3rd, 2016

YOUR'S TRULY,
Gerald L. Tucker
K-93107

July , 2016,

THE VISITOR'S OF MY RELATIVE'S, HAVE BEEN SECRETLY REMOVED FROM MY CELL AS WELL AS MY MAIL discontinued To RELATIVE'S, FRIEND'S AND ATTORNEY'S WITH NO PACKAGES SENT by NO ONE To ME. VINDICTIVE PROSECUTION

WITH ALLMOST (19th) YEAR'S INCARCERATED IN AN ILLEGALLY HELD DEPARTMENT OF CORRECTION'S, AS THE CORRECTION'S OFFICER'S, Lucht, Lopez, AND RESIER, TAMPERED WITH THE U.S. MAIL AND DENIED ME MY CONSTITUTIONAL Rights pursuant To the FIRST AMENDMENT. ATTACHED EXHIBIT'S, 1-2-3.

THE THREE INDIVIDUAL'S, UPON THERE CLAIM OF ACTING ON DANIEL PARAMO, WARDEN, AKA DANIEL NUNEZ AKA DANIEL BENTIN COURT, ORDER'S, IS A "VINDICTIVE SICK 'O'".

"FOOD TAMPERED" WITH AND SENT TO THE HOSPITAL UNTIL THE POISON WAS OUT OF HIS SYSTEM.

PLAINTIFF, GERALD LEE TUCKER, DECLARE THAT HE IS THE PLAINTIFF IN THIS ACTION.

PLAINTIFF, GERALD LEE TUCKER, UNDER PENALTY OF PERJURY SAYS THAT AS OF HIS BELIEF AND KNOWLEDGE, THE FOREGOING STATEMENT ARE TRUE AND CORRECT.

APRIL 7th, 2016

SINCERELY,
Gerald L. Tucker

Gerald L Tucker - K-93107
Fac. A, Bld. 5, Cell-109
480 Alta Road
San Diego, CA. 92179

Legal-Mail

United States Courthouse
312 North Spring Street
Los Angeles, CA. 90012

Hasler
07/08/2016
US POSTAGE

CV

RECEIVED
CLERK, U.S. DISTRICT COU
JUL 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

California Department of
Corrections and Rehabilitation

LEGAL MAIL
07.07.16